UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VICTOR JEWELL BLACK, #1686499,** | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:14-CV-341-L** |
| | § | |
| **WILLIAM STEPHENS, Director**, | § | |
| **Texas Dept. of Criminal Justice**, | § | |
| **Correctional Institutions Division**, | § | |
| | § | |
| Respondent. | § | |

# ORDER

This case was referred to Magistrate Judge Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on April 15, 2014, recommending that "Petitioner['s] Objection to Respondent's Motion for Extension of Time Default Judgment 55(b)(1)" (Doc. 19), filed April 14, 2014, be denied. No objections to the Report were received as of the date of this order.

The Report construes Petitioner's objection as a motion that seeks in part a default judgment against Respondent. Having reviewed Petitioner's submission, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **denies** "Petitioner['s] Objection to Respondent's Motion for Extension of Time Default Judgment 55(b)(1)" (Doc. 19).

**It is so ordered** this 28th day of April, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page