IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **VICTOR JEWELL BLACK, #1686499,** § | |
| § | |
| Petitioner, § | |
| v. § | Civil Action No. **3:14-CV-341-L** |
| § | |
| **WILLIAM STEPHENS, Director**, § | |
| **Texas Department of Criminal Justice**, § | |
| **Correctional Institutions Division**, § | |
| § | |
| Respondent. § | |

## ORDER

This habeas case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 63) on July 6, 2015, recommending that the court deny Petitioner's Motion to Enter Default Judgment Against Respondent for Failure to Comply with the Court's Order (Doc. 61) and deny Petitioner's Motion for Sanctions against Respondent for Failure to Answer (Doc. 62), both of which were filed July 2, 2015. The magistrate judge also recommended that court admonish Respondent that failure in the future to comply with the orders entered in this case will result in the imposition of sanctions. No objections to the Report were filed.

After reviewing the motions, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Petitioner's Motion to Enter Default Judgment Against Respondent for Failure to Comply with the Court's Order (Doc. 61); **denies** Petitioner's Motion for Sanctions against Respondent for Failure to Answer (Doc. 62); and **recommits** this case

to the magistrate judge. *Respondent's failure in the future to comply with orders entered in this case will result in sanctions as deemed appropriate by the court.*

      **It is so ordered** this 22nd day of September, 2015.

                                                  Sam A. Lindsay
                                                  United States District Judge